LAWRANCE A. BOHM, ESQ., (SBN 208716)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorney for Plaintiff
TINA WHITE

MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:  415.433.1414
Facsimile:  415.520.0446
mhoffman@arenahoffman.com
rarena@arenahoffman.com

Attorneys for Defendant
AUTOZONE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WHITE,<br><br>            Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC. and DOES 1-100, inclusive,<br><br>            Defendant. | Case No.  2:11-CV–00616–JAM-CMK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Hon. John A. Mendez |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1

PDF created with pdfFactory trial version www.pdffactory.com

1      1.      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the

2   dismissal of the entire action with prejudice, with all parties to bear their own attorneys'

3   fees and costs.

4

5

6   Dated: December 16, 2011         By:    */s/ Lawrance A. Bohm*
                                              LAWRANCE A. BOHM, ESQ.

7

8                                       Attorney for Plaintiff
                                       TINA WHITE

9

10

11

12   Dated: December 16, 2011         By:    */s/ Michael Hoffman*
                                              MICHAEL HOFFMAN, ESQ.

13                                       RONALD D. ARENA, ESQ.
                                       ARENA HOFFMAN LLP

14

15                                       Attorneys for Defendant
                                       AUTOZONE, INC.

16

17

18

19   **IT IS SO ORDERED:**

20

21   Date:  12/16/2011                      /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ

22                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and [Proposed] Order for Dismissal with Prejudice
WHITE v. AUTOZONE, INC., et al.

PDF created with pdfFactory trial version www.pdffactory.com