LAWRANCE A. BOHM, ESQ., (SBN 208716)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorney for Plaintiff
TINA WHITE

MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: 415.433.1414
Facsimile: 415.520.0446
mhoffman@arenahoffman.com
rarena@arenahoffman.com

Attorneys for Defendant
AUTOZONE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WHITE,<br><br>            Plaintiff,<br><br>     v.<br><br>AUTOZONE, INC. and DOES 1-100, inclusive,<br><br>            Defendant. | Case No.  2:11-CV–00616–JAM-CMK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Hon. John A. Mendez |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1

Stipulation and [Proposed] Order for Dismissal with Prejudice
WHITE v. AUTOZONE, INC., et al.

PDF created with pdfFactory trial version www.pdffactory.com

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: December 16, 2011        By:     */s/ Lawrance A. Bohm*
                                        LAWRANCE A. BOHM, ESQ.

                                        Attorney for Plaintiff
                                        TINA WHITE


Dated: December 16, 2011        By:     */s/ Michael Hoffman*
                                        MICHAEL HOFFMAN, ESQ.
                                        RONALD D. ARENA, ESQ.
                                        ARENA HOFFMAN LLP

                                        Attorneys for Defendant
                                        AUTOZONE, INC.

**IT IS SO ORDERED:**

Date:   12/16/2011              /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

2

Stipulation and [Proposed] Order for Dismissal with Prejudice
WHITE v. AUTOZONE, INC., et al.

PDF created with pdfFactory trial version www.pdffactory.com